UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Taran Helms,                                Case No. 3:22-cv-1557

        Plaintiff,

v.                                             ORDER

Aramark Correctional Services, LLC,

        Defendant.

Plaintiff Taran Helms has filed a motion to proceed on appeal without prepaying the appellate filing fee. (Doc. No. 16). He seeks to argue that I erred in dismissing his claims pursuant to Rule 12. (*See* Doc. No. 11).

Section 1915 provides "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). A court may grant a motion to proceed in forma pauperis if the issues are arguable on their merits, even if the petitioner cannot show a probability of success on the merits. *See, e.g., Foster v. Ludwick*, 208 F. Supp. 2d 750, 765 (E.D. Mich. 2002). I conclude the issues Helms raises are not frivolous, even if he is unlikely to succeed on appeal, and grant his motion to proceed in forma pauperis on appeal. (Doc. No. 16).

So Ordered.

                                                         s/ Jeffrey J. Helmick
                                                         United States District Judge